1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )  No.    CR 07-00077 JW
                                      )
15 |      Plaintiff,                  )  STIPULATION AND [PROPOSED]
                                      )  ORDER EXCLUDING TIME FROM
16 |   v.                             )  OCTOBER 1, 2007 TO NOVEMBER 5,
                                      )  2007 FROM THE SPEEDY TRIAL ACT
17 | JOSE CHAVEZ-SAPIEN,              )  CALCULATION (18 U.S.C. §
                                      )  3161(h)(8)(A))
18 |      Defendant.                  )
                                      )
19 |_____    )

20

21     The parties stipulate that the time between October 1, 2007 and November 5, 2007 is

22 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23 requested continuance would unreasonably deny defense counsel reasonable time necessary for

24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25 that the ends of justice served by granting the requested continuance outweigh the best interest of

26 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

                                        1

18 U.S.C. §3161(h)(8)(A).

DATED: October 4, 2007    SCOTT N. SCHOOLS
              United States Attorney


              /s/
              BENJAMIN T. KENNEDY
              Assistant United States Attorney


              /s/
              JAY RORTY
              Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 1, 2007 and November 5, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   October 10, 2007                           _____
                                                    JAMES WARE
                                                    UNITED STATES DISTRICT JUDGE