1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
6     150 Almaden Boulevard
      San Jose, California 95113
7     Telephone: (408) 535-5059
      Facsimile:  (408) 535-5066
8     Email: benjamin.t.kennedy@usdoj.gov

9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   No.   CR 07-00077 JW
                                        )
15          Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME FROM
16      v.                              )   NOVEMBER 5, 2007 TO FEBRUARY 5,
                                        )   2008 FROM THE SPEEDY TRIAL ACT
17  JOSE CHAVEZ-SAPIEN,                 )   CALCULATION (18 U.S.C. §
                                        )   3161(h)(8)(A))
18          Defendant.                  )
                                        )
19  _____ )

20

21      The parties stipulate that the time between November 5, 2007 and February 5, 2008 is

22  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23  requested continuance would unreasonably deny defense counsel reasonable time necessary for

24  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25  that the ends of justice served by granting the requested continuance outweigh the best interest of

26  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

18 U.S.C. §3161(h)(8)(A).

DATED: November 5, 2007

SCOTT N. SCHOOLS
United States Attorney

__/s/________________________________
BENJAMIN T. KENNEDY
Assistant United States Attorney

____/s/______________________________
LARA VINNARD
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between November 5, 2007 and February 5, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   November 6, 2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE